# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | ) **Criminal No. 06-306 (7) (EGS)** |
| **JUNIOR SHAW,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Andrea Antonelli, Esq. on behalf of Junior Shaw.  Please send all notices and inquiries to the following address.

Respectfully submitted,

_____/s/_____

Andrea Antonelli
806 7th Street, NW, Suite 301
Washington, D.C. 20001
Telephone: (202) 255-3654
Facsimile: (202) 898-1112
e-mail: apantonelli@verizon.net

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the Notice of Appearance was sent via first class mail, on this the 8th day of August, 2007 to the following:

Martin D. Carpenter
Office of the United States Attorney
Suite 4814
555 4th Street, NW
Washington, DC  20530

Brian Keith McDaniel
McDaniel & Associates
1211 Connecticut Ave., NW
Suite 506
Washinton, DC  20036

Joanne D. Slaight
717 Fifth Street, NW
Washington, DC  20001

Danielle Courtney Jahn
Office of the Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC  20004

Richard Alan Seligman
514 10th Street, NW
The Lincold Building, 9th Floor
Washington, DC  20004

Jerry Ray Smith
717 D Street, NW
Suite 400
Washington, DC  20004-2812