# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | **DOCKET NO:** 06-306-07 | **MAGIS. NO:** |
| v. <br> MICHAEL DANIEL RICHARDS | **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED** <br> Junior Shaw | **FILED** <br> AUG 0 8 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| **DOB:**     **PDID:** | | |
| **WARRANT ISSUED ON THE BASIS OF:** INDICTMENT | **DISTRICT OF ARREST** | |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE AND 5 KILOGRAMS OR MORE OF COCAINE;
UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL MAINTENANCE OF A PREMISES TO MANUFACTURE, DISTRIBUTE, STORE AND USE A CONTROLLED SUBSTANCE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL DISTRIBUTION OF COCAINE BASE;
AIDING AND ABETTING

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

21:846; 21:841(a)(1) and 841(b)(1)(A)(iii); 21:841(a)(1) and 841(b)(1)(B)(iii); 21:856(a)(2); 21:841(a)(1) and 841(b)(1)(A)(iii); 21:841(a)(1) and 841(b)(1)(C); 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| **ORDERED BY:** JOHN M. FACCIOLA U.S. MAGISTRATE JUDGE KAY | **SIGNATURE (JUDGE/MAGISTRATE JUDGE)** JOHN M. FACCIOLA U.S. MAGISTRATE JUDGE ALAN KAY | **DATE ISSUED:** 6/5/07 |
| **CLERK OF COURT:** Nancy Mayer-Whittington | **BY DEPUTY CLERK:** | **DATE:** 6/5/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | 06/07/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE EXECUTED | 08/08/07 | DUSM William Martin | |
| HIDTA CASE: Yes  No X | | OCDETF CASE: Yes  No X | |

1334610