UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-306 (EGS) |
| ) | |
| *Junior Shaw* ) | |
| Defendant. ) | |

## O R D E R

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house _Junior Shaw_ at Central Treatment Facility until further Order of this Court.

8/16/07
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE