UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-306 (EGS) |
| ) | |
| JUNIOR SHAW, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pursuant to the status hearing held on September 6, 2007, it is hereby

**ORDERED** that defendant Junior Shaw's motion to dismiss is due by no later than **September 14, 2007 at 12:00 p.m.**; government's response is due by no later than **September 19, 2007 at 12:00 p.m.**; reply, if any, is due by no later than **September 20, 2007 at 12:00 p.m.**; and it is

**FURTHER ORDERED** that a motions hearing on the motion to dismiss is scheduled for **September 21, 2007 at 10:00 a.m.**; and it is

**FURTHER ORDERED** that any additional motions or notices pertaining to Junior Shaw are due by no later than **October 12, 2007**; responses are due by no later than **October 19, 2007**; replies, if any, are due by no later than **October 22, 2007 at 12:00 p.m.**; and it is

**FURTHER ORDERED** that a motions hearing is scheduled for **October 23, 2007 at 10:00 a.m.** for all motions pertaining to Junior Shaw and other co-defendants.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**September 7, 2007**