UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | Case No.  06-306-07 (EGS) |
| **JUNIOR SHAW,** : | |
| Defendant. : | Motions Date:  Sept. 21, 2007 |

### GOVERNMENT'S MOTION TO LATE FILE ITS OPPOSITION TO DEFENDANT SHAW'S MOTION TO DISMISS FOR SPEEDY TRIAL

*COMES NOW*, the United States of America, by and through its Attorney, the United States Attorney for the District of Columbia, respectfully to lat-file its opposition to Defendant Shaw's motion pursuant to The Speedy Trial Act of 1974.  See 18 U.S.C. sec. 3161 et seq., to dismiss this matter for speedy trial violation.  Government counsel sought to contact Defendant Shaw's counsel to notify her of this request and to state that Government counsel suffered substantial damage to his garage door which rendered his home unsecured on Monday, September 17, 2007.  Government counsel was not able to have the garage door replaced and secure his home until Wednesday, September 19, 2007, after the close of business.  Government counsel sought to contact defense counsel after business hours, but was not successful.  Accordingly, Government counsel is sending this motion to this Court and defense counsel via facsimile at approximately 4:15 a.m. on Thursday, September 20, 2007.  This Honorable Court and defense counsel may recall that Government had a previously scheduled trip for family business the week of September 10, 2007 and was set to return to the office and answer the defense motions on Monday, when he suffered substantial damage to his home.  Government counsel has a doctor's appointment at 1:00 p.m. in Richmond, Virginia

today, but will be available to this Court and defense counsel by cell phone at 202-353-5108. Government counsel will be prepared to proceed at the motions hearing on Friday, September 21, 2007.

WHEREFORE, the Government respectfully requests that this Court grants the Government's motion to late-file for good cause shown.

> Respectfully submitted,
> JEFFERY A. TAYLOR
> UNITED STATES ATTORNEY
> D.C. BAR NO. 498-610

By: _____
MARTIN DEE CARPENTER
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this pleading has been served upon defense counsel Attorney Andrea Antonelli by facsimile, this 20th day of September, 2007, and by electronic filing to:

| | |
|---|---|
| Attorney Brian K. McDaniel<br>Email: kbmassociates@aol.com | Attorney Danielle C. Jahn<br>Email: dani_jahn@fd.org |
| Attorney Joanne D. Slaight<br>Email: jslaight@att.net | Attorney Andrea Patricia Antonelli<br>Email: apantonelli@verizon.net |
| Attorney Richard Alan Seligman<br>Email: rickselig@aol.com | Attorney Jerry Ray Smith<br>Email: jerryraysmith@verizon.net |

_____
MARTIN DEE CARPENTER, Bar No. 431-211
Assistant United States Attorney
Organized Crime & Narcotics Trafficking Section
555 4th Street, N.W., Room No. 4116
Washington, D.C. 20530
Office No. (202) 514-7063
Facsimile No. (202) 514-8707

Email: martin.carpenter2@usdoj.gov