UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> JUNIOR SHAW, </br></br> Defendant. | ) </br> ) </br> ) </br> ) Criminal Action No. 06-306 (EGS) </br> ) </br> ) </br> ) </br> ) |

### ORDER

For the reasons stated in the Memorandum Opinion issued this same day, it is hereby

**ORDERED** that Junior Shaw's Motion to Dismiss for Speedy Trial Violation is **DENIED**.

**SO ORDERED**.

Signed:     Emmet G. Sullivan
                United States District Judge
                September 26, 2007