# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-306 (EGS) |
| ) | |
| JUNIOR SHAW, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S REQUEST FOR NOTICE
### OF GOVERNMENT'S INTENTION TO USE 404 (B) EVIDENCE AND
### SUPPORTING POINTS AND AUTHORITIES

Junior Shaw, defendant, through counsel, respectfully moves this Honorable Court, pursuant to Federal Rule of Criminal Procedure 12(b)(4), and Rule 1(a), 403 and 404(b) of the Federal Rules of Evidence, to direct the Government to provide notice of its intention to use at trial (either in its case-in-chief or in rebuttal) any evidence which the Government contends is admissible under Rule 404(b) of the Federal Rules of Evidence, or any evidence of "other crimes or bad acts" which it may seek to use at trial of this case.  As grounds for this Motion, the defendant states as follows:

1.      The defendant asks this Court to order the Government to provide defense counsel with advance notice of evidence of other crimes, wrongs or acts that the defendant has allegedly committed as either a principal or an aider-and-abettor which the government intends to introduce at trial pursuant to Rule 404(b) of the Federal Rules of Evidence.  Such notice should include the nature of this evidence, the pertinent witnesses, any supporting documentation and the legal theory of admissibility relied upon by the government.

2.	The introduction of "similar or bad acts" evidence would be extremely prejudicial to the Defendant.  Due process of law imposes an obligation upon the Government to disclose in advance of trial its intention to use 404(b) evidence and the exact nature of such evidence.  Pretrial disclosure is favored in most jurisdictions.  *See United States v. Foskey*, 636 F.2d 517 n.8 (D.C. Cir. 1980); *United States v. Baum*, 42 F.2d 1325, 1331-32 (2d Cir. 1973).

3.	Such notice is necessary to enable the defendant to file appropriate motions *in limine* and to allow this Court to make a pretrial determination of the admissibility of any such evidence.  Pretrial notice would provide the defense an opportunity to challenge the evidence on the merits.

4.	The defendant requests this information well in advance of trial so that all allegations can be thoroughly investigated.

WHEREFORE, the defendant respectfully requests that this motion be granted and that the United States be ordered to provide advance notice of its intention to use 404(b) evidence.

Respectfully Submitted,

/s/
Andrea Antonelli
Counsel for Junior Shaw
Bar No. 450238

Suite 301
806 Seventh Street, NW
Washington, DC  2004
Telephone: 202-255-3654
Facsimile: 202-898-1991
e-mail:  apantonelli@verizon.net

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal No. 06-306 (EGS) |
| JUNIOR SHAW, | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Defendant's Request for Notice of Government's Intention to Use 404(b) Evidence and in light of the entire record, it is this _____ day of _____, 2007, hereby

ORDERED that the United States shall provide such notice to defense counsel by no later than _____, 2007.

_____
Emmet G. Sullivan
United States District Judge

Dated: _____