UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-306 (EGS) |
| ) | |
| JUNIOR SHAW, ) | |
| ) | |
| Defendant. ) | |

MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS
AFTER DISCOVERY IS COMPLETE AND
SUPPORTING POINTS AND AUTHORITIES

Junior Shaw, defendant, through counsel, respectfully moves this Honorable Court, for leave to file additional motions, if necessary, after discovery is complete. As grounds for this Motion, the defendant states:

1. The government filed an indictment on June 5, 2007 charging Mr. Shaw with the following: Count One- Conspiracy to Distribute and Possession with Intent to Distribute 50 grams or more of cocaine base and 5 kilograms or more of cocaine; and Count Five - Unlawfully Maintaining a Premises to Manufacture, Distribute, Store and Use a Controlled Substance and Aiding and Abetting. *See* 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii), 841(b)(1)(A)(iii), 846 and 18 U.S.C. §2; 21 U.S.C. § 856(a)(2), *respectively*.

2. Mr. Shaw was arraigned on August 8, 2007. On that date, government counsel provided defense counsel with a large amount of discovery, which included police reports as well as numerous audio and video tapes.

3.     At a status conference held on September 6, 2007, the Court ordered defendant Shaw to file pre-trial motions by October 12, 2007.  The Court also scheduled a motions hearing for October 23, 2007, the same date scheduled for the other co-defendants.

4.     Defense counsel reviewed the initial discovery provided and requested additional information from the government.  On September 26, 2007, government counsel provided defense counsel with additional police reports and an additional video tape.

5.     The discovery process is not yet complete.  Defense counsel recently sent government counsel a letter summarizing the discovery received to date and requesting additional information.  Although counsel does not anticipate the need to file additional motions, there is the possibility that after reviewing the additional discovery, it might be necessary to file additional motions on Mr. Shaw's behalf.

6.     Mr. Shaw was arraigned much later than his other co-defendants and after most had already filed pre-trial motions.   Counsel has attempted to review the voluminous amount of discovery while simultaneously preparing pre-trial motions in a timely fashion.

For these reasons and any other reasons that appear to the Court, the defendant respectfully requests that the Court grant this motion giving Mr. Shaw leave to file any additional motions after discovery is complete.

Respectfully Submitted,

_____
Andrea Antonelli
Counsel for Junior Shaw
Bar No. 450238

Suite 301
806 Seventh Street, NW

                Washington, DC  2004  
                Telephone: 202-255-3654  
                Facsimile: 202-898-1991  
                e-mail:  apantonelli@verizon.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 06-306 (EGS) |
| JUNIOR SHAW, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

Upon consideration of Defendant Shaw's Motion for Leave to File Additional Motions After Discovery Is Complete and the government's opposition, if any, it is hereby ORDERED that the defendant's motion is GRANTED;

It is further ORDERED that defendant Shaw is shall be permitted to file additional pre-trial motions at a later date if such motions are related to discovery that was not provided prior to October 12, 2007.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　Judge Emmet G. Sullivan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

DATED: _____