UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Criminal Case No. 06-306 (EGS) |
| | : | |
| JUNIOR SHAW, | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR BRIEF EXTENSION OF TIME TO RESPOND TO DEFENDANT SHAW'S MOTION FOR A BILL OF PARTICULARS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this unopposed request for a brief extension of time to respond to defendant Junior Shaw's motion for a bill of particulars (Document 95). In support of this request, the government relies on the following:

1. The government only recently received information concerning the defendant's prior criminal conduct in Maryland. This information is pertinent to an assessment of the defendant's motion (see Document 95 at 4).

2. In addition, the undersigned is currently preparing for a trial scheduled to commence before the Court next week, on December 4, 2007 (United States v. William Poynter, 07-48-01 (EGS)).

3. Accordingly, the government is hereby requesting a three-day extension of time (to Friday, November 30, 2007) to respond to the defendant's motion for a bill of particulars.

4. The defense, per defense counsel Andrea Antonelli, Esquire, does not oppose this motion.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court grant the instant unopposed motion.

                                            Respectfully submitted,

                                            Jeffrey A. Taylor
                                            United States Attorney
                                            DC Bar No. 498610

                                            Martin Dee Carpenter
                                            Assistant United States Attorney
                                            DC Bar No. 431211

                                            /s/
By: _____
                                            Gregory G. Marshall
                                            Assistant United States Attorney
                                            CT Bar No. 409959
                                            555 Fourth Street, N.W., Room 4126
                                            Washington, DC 20530
                                            (202) 353-7557
                                            gregory.marshall@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of this pleading to be served upon defense counsel, via Electronic Case Filing, this 27th day of November, 2007.

                                            /s/
                                        _____
                                        Gregory G. Marshall
                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 06-306 (EGS)** |
| v. | : | |
| | : | |
| **JUNIOR SHAW,** | : | |
| Defendant. | : | |

## ORDER

Upon due consideration of the "Government's Unopposed Motion for Brief Extension of Time to Respond to Defendant Shaw's Motion for a Bill of Particulars," it is hereby ordered that the motion is GRANTED. Accordingly, the government's response to the defendant's motion shall be due no later than Friday, November 30, 2007.

_____                           _____
Date                                            Emmet G. Sullivan
                                                United States District Judge


Copies to:

Gregory G. Marshall, Esq.
Assistant U.S. Attorney
555 Fourth Street, N.W., Room 4126
Washington, DC 20530
gregory.marshall@usdoj.gov


Andrea Antonelli, Esq.
806 Seventh Street, N.W., Suite 301
Washington, DC 20004
apantonelli@verizon.net