**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

  vs.                                          Criminal No. 06-306-7(EGS)

JUNIOR SHAW
    Defendant.

**ORDER**

The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **APRIL 4, 2008**; defendant's memorandum lf law, if any shall be filed by no later than **APRIL 11, 2008**; the Government's memorandum of law, if any shall be filed by no later than **APRIL 18, 2008**, and it is further

ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **APRIL 25, 2008 AT 12:15 P.M.**

IT IS SO ORDERED.

DATE: January 24, 2008       EMMET G. SULLIVAN
                                     UNITED STATES DISTRICT JUDGE