FILED
2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           Criminal No. 06-306-7 (EGS)

v.

JUNIOR SHAW,
        Defendant.

### PROFFER OF EVIDENCE

If this case were to go to trial, the Government's evidence would establish the following beyond a reasonable doubt:

1. From 2001 to July of 2002, in the District of Columbia and elsewhere, the defendant, Junior Shaw, assisted Michael Richards, Russelline Miles, Conroy Forbes, and others in obtaining cocaine, cooking the cocaine into cocaine base (also known as "crack cocaine"), and distributing the cocaine base to customers in the District of Columbia and its metropolitan area.

2. Richards and others employed couriers who obtained cocaine in California, Florida, and Jamaica, and transported the cocaine (which was typically in kilogram or multi-kilogram amounts) into the District of Columbia. Richards, Miles, and others cooked the cocaine in, and distributed the crack cocaine from, among other places, the following residences in the District of Columbia:

3. Defendant Shaw assisted Richards by, among other things, processing and distributing cocaine base. ███████████████████████████████████████████

    AA  J. S.
      TOM

1

4.	On November 9, 2001, Richards, with defendant Shaw present, sold 11.6 grams of cocaine base to an undercover police officer in exchange for $600. This transaction occurred inside the doorway to

This proffer of evidence is not intended to constitute a complete statement of all facts known by the defendant or the Government, but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the defendant's plea of guilty to the charge of Conspiracy to Possess With Intent to Distribute and to Distribute Cocaine Base and Cocaine, in violation of 21 U.S.C. Section 846.

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney
DC Bar No. 498610

Emory V. Cole
Assistant United States Attorney
PA Bar No. 49136

By:	*/s/ Gregory D. Marshall*
Gregory G. Marshall
Assistant United States Attorney
NY Bar
(202) 353-7557
gregory.marshall@usdoj.gov

<u>Defendant's Acceptance</u>

I have read the Proffer of Evidence setting forth the facts as to my conduct involving the charge of Conspiracy to Possess With Intent to Distribute and to Distribute Cocaine Base and Cocaine, in violation of Title 21, United States Code, Section 846. I have discussed this proffer fully with my attorney, Andrea Antonelli, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it, and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 1/23/08

Junior Shaw
Defendant

<u>Attorney's Acknowledgment</u>

I have read each of the pages constituting the Government's Proffer of Evidence as to the charge against my client, Conspiracy to Possess With Intent to Distribute and to Distribute Cocaine Base and Cocaine, in violation of Title 21, United States Code, Section 846. I have reviewed the entire proffer with my client and have fully discussed it with him.

Date: 1/23/08

Andrea Antonelli, Esquire
Counsel for Junior Shaw

3