UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 7 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
    Plaintiff,

vs.                                          Criminal No. 06-306(EGS)

JUNIOR SHAW
    Defendant.

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Junior Shaw_
Defendant

_[signature]_
Counsel for Defendant

I Consent:

_[signature] B. Marshall_
United States Attorney

Approved:
_[signature]_
Judicial Officer

CO-526 (12/86)