UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-306 (EGS) |
| ) | |
| JUNIOR SHAW, ) | |
| ) | |
| Defendant. ) | |

UNOPPOSED MOTION REQUESTING SPECIFIC WORDING IN JUDGMENT AND COMMITMENT ORDER

Defendant, Junior Shaw, through counsel, respectfully requests that the Court's Judgment and Commitment Order specifically direct that defendant Shaw be given credit for time served in this case from July 7, 2007. In support of this request, counsel states:

1. The Court sentenced defendant Shaw today to fifty-four months incarceration and three years supervised release. As of this writing, the Court has not issued the Judgment and Commitment Order.

2. The defendant was brought to the District from Maryland pursuant to a writ and arrived at the D.C. Jail on July 7, 2007. Due to an administrative error, however, he was not presented to the Court until August 8, 2007. Defense counsel highlighted this fact at the sentencing hearing today. Counsel neglected, however, to ask the Court to have the Judgment and Commitment Order reflect the fact that the defendant should be given credit for "time served" from the date that he arrived at the D.C. Jail, rather than the date that he was initially presented to the Court.

3. Immediately after the sentencing hearing, counsel met with the defendant and he expressed his concerns regarding the issue. When counsel returned to the courtroom to ask the clerk to recall the case, however, the Court was in recess.

4. Defense counsel contacted Assistant United States Attorney Greg Marshall. AUSA Marshall stated that he would not oppose any request for credit for time served to run from the

July 7, 2007 date.

5.     The defendant should not be required to serve additional time in jail because of the administrative error that occurred at the onset of the case. Typically, a defendant that is brought to the District pursuant to a writ is presented to the Court in a timely fashion. In this case, however, the defendant remained at the D.C. Jail without being presented to the Court. In counsel's experience, the Bureau of Prisons will automatically credit time served from the date the first commitment order was issued in a case. It is likely, therefore, that credit could be calculated from August 8, 2007, rather than from the defendant's initial detention at the D.C. Jail on July 7, 2007.

Wherefore, for the reasons discussed above and any other reasons that appear to the Court, the defendant requests that the Judgment and Commitment Order reflect that credit for time served should be given beginning on July 7, 2007.

Respectfully submitted,

_____/s/_____

Andrea P. Antonelli
Bar # 450238
806 Seventh Street, NW #301
Washington, DC  20001
(202) 255-3654