HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Docket No.: <u>1:06CR-00306-07</u> |
| | : | |
| vs. | : | SSN: <u>N/A</u> |
| | : | |
| **SHAW, Junior** | : | Disclosure Date: <u>March 21, 2008</u> |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____   _____
**Prosecuting Attorney**                              Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_J Shaw_  4/5/08                                      _[signature]_  4/5/08
**Defendant**      Date                              **Defense Counsel**      Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>April 4, 2008</u>, to U.S. Probation Officer **Michael Penders**, telephone number <u>(202) 565-1425</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
      United States Probation Officer

**Receipt and Acknowledgment**                                                                 Page 2

Notes on various issues were sent to Mr Penders via e-mail on 4-10-08.

① Please note: defendant FACED mandatory 20 year minimum. See Government notice of prior conviction Filed 10/17/08 (ECF Document # 87).

Because this is a (c)(1)(C) plea, I have not enumerated all comments regarding Guidelines calculations.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 4/10/08